UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
LIANG RUI PANG, on behalf of himself : 20-CV-6387 (ARR) (TAM)
and others similarly situated, :
: NOT FOR ELECTRONIC
Plaintiff, : OR PRINT PUBLICATION
:
— against — : ORDER
:
FLYING HORSE TRUCKING CO. LTD., :
et al., :
:
Defendants. :
:
------------------------------------------------------------------ X

ROSS, United States District Judge:

       The court has received the Report and Recommendation in the instant case dated February 23, 2022, from the Honorable Taryn A. Merkl, United States Magistrate Judge. The deadline for filing objections has passed and no objections have been filed. Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH)(LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Est. of Ellington ex rel. Ellington v. Harbrew Imps. Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). Defendants' cross motion for attorney's fees and costs is denied.

SO ORDERED.

                                                                                                         /s/
                                                                                                       Allyne R. Ross
                                                                                                        United States District Judge

Dated:       March 10, 2022
              Brooklyn, New York